**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| MICHAEL O'ROURKE, Plaintiff, v. CMG RECOVERY SERVICES, LLC, Defendant. | FILED: JUNE 17, 2008<br>08CV3464<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE COLE<br>TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael O'Rourke, Plaintiff.

| | |
|---|---|
| **NAME** (Type or print) | |
| Daniel A. Edelman | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel A. Edelman | |
| **FIRM** | |
| Edelman, Combs, Latturner & Goodwin, LLC | |
| **STREET ADDRESS** | |
| 120 S. LaSalle St. 18th Floor | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 00712094 | (312) 739-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |