## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MICHAEL O'ROURKE,
Plaintiff,

v.

CMG RECOVERY SERVICES, LLC,
Defendant.

Case Number:

FILED: JUNE 17, 2008

08CV3464

JUDGE KENNELLY

MAGISTRATE JUDGE COLE

TG

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael O'Rourke, Plaintiff.

| |
|---|
| NAME (Type or print)<br> James O. Latturner |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  James O. Latturner |
| FIRM<br> Edelman, Combs, Latturner & Goodwin, LLC |
| STREET ADDRESS<br> 120 S. LaSalle St. 18th Floor |
| CITY/STATE/ZIP<br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 01588095 | TELEPHONE  NUMBER<br> (312) 739-4200 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐