AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MICHAEL O'ROURKE,

CASE NUMBER: 08CV3464

V.

ASSIGNED JUDGE: JUDGE KENNELLY

CMG RECOVERY SERVICES, LLC

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

CMG RECOVERY SERVICES, LLC
481 Oliver Street
North Tonawanda, NY 14120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

June 17, 2008
Date

# AFFIDAVIT OF SERVICE ON A CORPORATION

| | | | |
|---|---|---|---|
| State of: Illinois | | County of: | Northern District |
| Court: U.S. District | | Index #: | 08CV3464 |
| | | Date Purchased: | 6/17/2008 |

*Plaintiff/Petitioner:*

Michael O'Rourke

*Defendant/Respondent:* vs:

CMG Recovery Services, LLC

---

State of: NY
County of: Niagara

Renee E. Hickey, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at: North Tonawanda, NY
that on: **6/25/2008** at: **10:55am** at: 481 Oliver Street, North Tonawanda, NY 14120
deponent served the within:

**Summons & Complaint With Exhibits**

\*      PAPERS SERVED WITH INDEX # & DATE PURCHASED
\*      Return Date if any:

ON: **CMG Recovery Services, LLC**

CORPORATION ☒    A corporation, by delivering thereat a true copy of each to: Mark Byer personally, deponent knew said corporation so served to be the corporation, described in same as Defendant and knew said individual to be: Authorized Agent, thereof an authorized person to accept service of process.

DESCRIPTION ☒    SEX: Male,    SKIN COLOR: White,    AGE: 21 - 35 Yrs.,    HEIGHT: 5'9" - 6'0",
HAIR COLOR: Blonde,    WEIGHT: 161 - 200 Lbs.,
Other identifying features:
Glasses

WITNESS FEE ☐    $    the authorizing traveling expenses and one day's witness fee was paid(tendered) to the Defendant.

Sworn to before me on this: 6/26/2008

_Notary Public_
JESSICA M DELORENZO
Notary Public, State of NY
Qualify in Niagara County
My commission expires
May 16, 2009

_____ ss
Print name below signature
Renee E. Hickey

Action#: 200810855      Client File#: 21470